# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff <br><br> v. <br><br> EQUIPMENTSHARE.COM, INC., <br><br> Defendant. | CASE NO.  2:20-CV-00333 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Equipmentshare.com, Inc. and consents to electronic service of all papers in this action.

Respectfully submitted,

Dated:  October 30, 2020

By: */s/ Christian Chessman*
 Christian Chessman
 Email:  Christian.chessman@us.dlapiper.com
 California Bar No. 325083
 DLA PIPER LLP (US)
 2000 University Avenue
 East Palo Alto, CA 94303-2214
 Tel: 650.833.2000
 Fax: 650.833.2001

 ATTORNEY FOR DEFENDANT
 EQUIPMENTSHARE.COM, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of October 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail on this same date.

*/s/ Christian Chessman*
Christian Chessman
