# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUIPMENTSHARE.COM INC, <br><br> Defendant. | Case No. 2:20-cv-333 |

## DEFENDANT EQUIPMENTSHARE.COM INC'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EquipmentShare.com Inc hereby states that it has no parent corporation and no publicly held corporation owns or controls 10% or more of EquipmentShare.com Inc's stock.

Dated:  November 30, 2020

Respectfully submitted,

*/s/ Dawn M. Jenkins*
Dawn M. Jenkins
Texas Bar No. 24074484
dawn.jenkins@dlapiper.com
DLA PIPER LLP
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Tel. 713.425.8400
Fax. 713.425.8401
dawn.jenkins@dlapiper.com

Christian F. Chessman
California Bar No. 325083
christian.chessman@dlapiper.com
DLA PIPER LLP
2000 University Avenue,
East Palo Alto, CA, 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

EAST\176558677.1

- 2 -

**ATTORNEYS FOR DEFENDANT**
**EQUIPMENTSHARE.COM INC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of November 2020, a copy of the above and foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                   */s/ Dawn M. Jenkins*
                                   Dawn M. Jenkins