# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AHERN RENTALS, INC. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-333-JRG |
| | § | |
| EQUIPMENTSHARE.COM, INC | § | |
| | § | |
| *Defendant*. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Ahern Rentals, Inc. ("Ahern") and Defendant Equipmentshare.com Inc ("EquipmentShare") hereby notify the Court that they have reached an agreement on the Protective Order (attached hereto as Exhibit A) to be used in the above-styled matter. Accordingly, the Parties respectfully request that the Court approve and enter the same.

Dated: March 1, 2021

Jointly submitted,

/s/ *Theodore Stevenson, III*
Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR PLAINTIFF AHERN RENTALS, INC.**

/s/ *Matthew Satchwell*
Matthew Satchwell
matthew.satchwell@us.dlapiper.com
Illinois Bar No. 6290672
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

Jackob Ben-Ezra
jackob.ben-ezra@us.dlapiper.com
Texas Bar No. 24073907
Dawn Jenkins
dawn.jenkins@us.dlapiper.com
Texas Bar No. 24074484
**DLA PIPER LLP (US)**
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Tel: 713.425.8400
Fax: 713.425.8401

Christian Chessman
Christian.chessman@us.dlapiper.com
California Bar No. 325083
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

**ATTORNEYS FOR DEFENDANT EQUIPMENTSHARE.COM INC**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on March 1, 2021.

*/s/ Alexander Chern*
Alexander Chern

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing the Joint Motion for Entry of Protective Order.

*/s/ Alexander Chern*
Alexander Chern
