**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AHERN RENTALS, INC. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:20-cv-333-JRG |
| | § | |
| EQUIPMENTSHARE.COM INC, | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT EQUIPMENTSHARE.COM INC'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO AMEND INVALIDITY CONTENTIONS**

Defendant EquipmentShare.com Inc ("EquipmentShare") respectfully requests the Court set a hearing for oral argument on EquipmentShare's now-pending Motion to Amend Invalidity Contentions ("Motion to Amend"). (Dkt. No. 45). Briefing closed yesterday, after Ahern filed its surreply. Accordingly, the Motion to Amend is now ripe for argument and decision.

Because the Motion to Amend turns on the details of EquipmentShare's explanation and Ahern's claims of prejudice, EquipmentShare submits that oral argument may be useful to the Court. Moreover, if afforded oral argument, EquipmentShare confirms that it will rely on its undersigned junior counsel to orally advocate. EquipmentShare believes a hearing of ninety minutes should be adequate to address the issues raised in the Motion to Amend. Having reviewed the Court's public calendar, EquipmentShare confirms it has no scheduling conflict with a hearing on the following dates: July 2, July 9, August 10, August 23, August 25, and August 26.

1

Dated: June 25, 2021                  Respectfully submitted,

                                           By: */s/ Christian Chessman*
                                                Matthew Satchwell
                                                Email: matthew.satchwell@us.dlapiper.com
                                                Illinois Bar No. 6290672
                                                DLA PIPER LLP (US)
                                                444 West Lake Street, Suite 900
                                                Chicago, IL 60606-0089
                                                Tel: 312.368.4000
                                                Fax: 312.236.7516

                                                Jackob Ben-Ezra
                                                Texas Bar No. 24073907
                                                Email: jackob.ben-ezra@us.dlapiper.com
                                                Dawn Jenkins
                                                Email: dawn.jenkins@us.dlapiper.com
                                                Texas Bar No. 24074484
                                                DLA PIPER LLP (US)
                                                1000 Louisiana Street, Suite 2800
                                                Houston, TX 77002-5005
                                                Tel: 713.425.8400
                                                Fax: 713.425.8401

                                                Christian Chessman
                                                Email: christian.chessman@us.dlapiper.com
                                                California Bar No. 325083
                                                DLA PIPER LLP (US)
                                                2000 University Avenue
                                                East Palo Alto, CA 94303-2214
                                                Tel: 650.833.2000
                                                Fax: 650.833.2001

                                                *Counsel for Defendant*
                                                *Equipmentshare.com Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of June 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

>                                                              */s/ Christian Chessman*